
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

October 6, 2016

MEMORANDUM TO COUNSEL RE:    CPL. Laurie A. Davenport v. State of Maryland, et al.
Civil Action No. GLR-13-1249

Dear Counsel:

Upon consideration of the parties' recent email correspondence, Plaintiff and Defendant State of Maryland are DIRECTED to submit a joint stipulation of dismissal under Federal Rule of Civil Procedure 41. Plaintiff and Defendant William T. Blackiston are also DIRECTED to submit a joint status report within seven days of the date of this memorandum, addressing the following points:

1. Whether the parties consent to transferring this case to a United States Magistrate Judge ("USMJ") for all further proceedings.
2. Whether the parties consent to referring this case to a USMJ for a mediation to occur as soon as practicable.
3. The estimated duration of trial.
4. Any other outstanding issues meriting the Court's consideration.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge