**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES MAGISTRATE JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-7780<br>Fax (410) 962-1812 |

October 17, 2016

TO ALL COUNSEL OF RECORD

      RE:    *CPL. Laurie A. Davenport v. William T. Blackiston*
                 Civil No. SAG-13-1249

Dear Counsel:

The above-referenced case was referred to me for all proceedings, pursuant to 28 U.S.C. §636(c) and Local Rule 301.4, on October 14, 2016. (ECF No. 74).

I understand that your clients consent to proceed before a Magistrate Judge. The case file, however, does not contain written consent from the Defendant. Accordingly, the appropriate consent form should be accessed on the court's web site, www.mdd.uscourts.gov, by going to "Forms and Manuals," clicking on "Civil," and selecting the form "Consent to Proceed Before U.S. Magistrate Judge." The electronic form should then be electronically filed no later than **Friday, October 28, 2016.**

A conference call has been set for **Friday, October 28, 2016** at **10:00 a.m.** to discuss a trial date. I would ask that Plaintiff's counsel please arrange for and initiate the call. I note that this case has been referred to Magistrate Judge Coulson for a settlement conference, on a date to be scheduled.

Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the Court.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States Magistrate Judge